IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS MATTHEWS, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>GERBER LIFE INSURANCE COMPANY and JOHN DOE CORPORATION d/b/a LEGACY QUOTE<br><br>   Defendants. | Case No. 7:23-cv-00552-VB |

## MOTION OF ANTHONY PARONICH FOR ADMISSION PRO HAC VICE

  Pursuant to Local Rule 1.3 of the Local Rules of Untied States District Courts for the Southern and Eastern Districts of New York, Anthony Paronich hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Thomas Matthews in the above-captioned action.

  I am a member in good standing of the bar of the Commonwealth of Massachusetts; and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspending, disbarred or denied admission or readmission by any court. The affidavit required by Local Rule 1.3 is attached as Exhibit 1. My certificate of good standing is attached as Exhibit 2. A Proposed Order is attached as Exhibit 3.

  RESPECTFULLY SUBMITTED AND DATED this 7th day of March, 2023.

PLAINTIFF,
By his attorneys

*/s/ Anthony I. Paronich*
Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

**Certificate of Service**

I hereby certify that on March 7, 2023 I filed the foregoing via the Court's CM/ECF system which will make service upon all counsel of record.

*/s/ Anthony I. Paronich*