IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS MATTHEWS, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GERBER LIFE INSURANCE COMPANY and JOHN DOE CORPORATION d/b/a LEGACY QUOTE<br><br>Defendants. | Case No. 7:23-cv-00552-VB |

3/17/23

## [PROPOSED] ORDER FOR ADMISSION

The motion of Anthony Paronich for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he a member in good standing of the bar of the Commonwealth of Massachusetts; and that his contact information is as follows:

> Anthony I. Paronich
> **PARONICH LAW, P.C.**
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> Tel: (617) 485-0018
> Fax: (508) 318-8100
> anthony@paronichlaw.com

Applicant having requested admission to appear for all purposes for as counsel for Plaintiff Thomas Matthews in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned cases in the United States District Court for the Southern District of New York.

1

All attorneys appearing before this Court are subject to the local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 3/17/23

_____
United States District/~~Magistrate~~ Judge