THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS MATTHEWS, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>GERBER LIFE INSURANCE COMPANY and JOHN DOE CORPORATION d/b/a/ LEGACY QUOTE,<br><br>　　　　　　Defendants. | Case No. 7:23-cv-00552-VB<br><br>**<u>NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)</u>** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and all pleadings filed in this action, Defendant Gerber Life Insurance Company ("Gerber") will move this Court before the Honorable Vincent L. Briccetti, United States District Judge, at the United States District Court, Southern District of New York, 300 Quarropas Street, Courtroom 620, White Plains, NY 10601, on a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Plaintiff's First Amended Class Action Complaint in its entirety with prejudice, together with such other or further relief as may be just.

Dated: New York, New York
　　　　May 12, 2023

　　　　　　　　　　　　　　　　　　　　　　　KELLEY DRYE & WARREN LLP

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ *Damon W. Suden*　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　Damon W. Suden
　　　　　　　　　　　　　　　　　　　　　　　　　3 World Trade Center
　　　　　　　　　　　　　　　　　　　　　　　　　175 Greenwich Street
　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY  10007
　　　　　　　　　　　　　　　　　　　　　　　　　Tel.:  (212) 808-7800
　　　　　　　　　　　　　　　　　　　　　　　　　Fax:  (212) 808-7897
　　　　　　　　　　　　　　　　　　　　　　　　　dsuden@kelleydrye.com

Lauri A. Mazzuchetti (*pro hac vice*)
One Jefferson Road
2nd Floor
Parsippany, NJ 07054
Tel.:  (973) 503-5900
Fax:  (973) 503-5950
lmazzuchetti@kelleydrye.com

*Attorneys for Defendant Gerber Life Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2023, I caused service of the foregoing Notice of Motion to Dismiss Plaintiff's Amended Class Action Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), along with the Memorandum of Law in Support of Defendant Gerber Life Insurance Company's Motion to Dismiss Plaintiff's Amended Class Action Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), to be made by electronic filing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

Dated: May 12, 2023                                    /s/ *Damon Suden*
      New York, New York                                  Damon Suden