UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

THOMAS MATTHEWS, individually and on         :
behalf of a class of all persons and entities      :
similarly situated,                                          :
                                    Plaintiff,                :          **ORDER REGARDING**
                                                                :          **SEALED DOCUMENTS**
                                                                :
v.                                                              :          23 CV 552 (VB)
                                                                :
                                                                :
GERBER LIFE INSURANCE COMPANY, and      :
JOHN DOE CORPORATION, doing business as   :
Legacy Quote,                                             :
                                    Defendants.            :

------------------------------------------------------------x

        The Court having So Ordered the parties' Confidentiality Stipulation and Protective
Order, dated January 17, 2024, which, among other things, provides for the filing of documents
under seal, it is further ORDERED:

1.  The parties shall consult and comply with the instructions for filing documents under
    seal, as set forth in:  (i) Section 6 of the Court's Electronic Case Filing Rules &
    Instructions; (ii) the Court's "Sealed Records Filing Instructions," available at
    https://nysd.uscourts.gov/programs/records; and (iii) Judge Briccetti's Individual
    Practices.

2.  A full and unredacted courtesy copy of any submission of documents electronically
    filed under seal shall be provided to Chambers as soon as practicable, marked
    "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

Dated: January 18, 2024
        White Plains, NY


                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge