USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
THOMAS MATTHEWS, individually and on
behalf of a class of all persons and entities
similarly situated,
          Plaintiff,

v.

GERBER LIFE INSURANCE COMPANY, and
JOHN DOE CORPORATION, doing business as
Legacy Quote,
          Defendants.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

23 CV 552 (VB)

The Court has been advised that the parties have settled this matter. (Doc. #35). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than September 16, 2024. To be clear, any application to restore the action must be filed by September 16, 2024, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

The Clerk is instructed to close this case.

Dated: August 2, 2024
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge